**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kevin Klatte,

    Plaintiff,

                                    Case No. 1:17cv516

       v.                         Judge Michael R. Barrett

Lasership, Inc.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

[   ]   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ X]   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**: Defendant's Motion to Dismiss (Doc. 10) is granted.

Date: September 16, 2019            _Richard W. Nagel, Clerk_
                                                        Clerk

                                  By:         _S/Barbara A. Crum_
                                                        Deputy Clerk